LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

ANDREW ESTRADA,                )   No. EDCV 09-1969 E
                               )
    Plaintiff,                 )   [~~PROPOSED~~] ORDER AWARDING
                               )   EAJA FEES
    v.                         )
                               )
MICHAEL J. ASTRUE,             )
Commissioner Of Social Security, )
                               )
    Defendant.                 )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIXTY THREE DOLLARS AND 00/100 ($2,063.00) subject to the terms of the stipulation.

DATE: 11/1/11        _____
                     HON. CHARLES F. EICK
                     UNITED STATES MAGISTRATE JUDGE

## LAW OFFICES OF BILL LATOUR
### FEE AGREEMENT - FEDERAL COURT
### SUPPLEMENTAL SECURITY INCOME/SOCIAL SECURITY DISABILITY

**PLEASE READ CAREFULLY**

I hereby employ THE LAW OFFICES OF BILL LATOUR, BILL LATOUR ATTORNEY AT LAW, to represent me in a federal court review of my SSI and/or SOCIAL SECURITY DISABILITY case. I agree that my attorney shall charge and receive as the fee an amount equal to twenty-five percent (25%) of the past-due benefits that are awarded to my family and I in the event my case is won. Associate counsel may be retained to assist my attorney. If associate counsel is retained, that will not increase the amount of my fee.

In addition to the fee, I agree to pay my attorney's reasonable expenses that are included in representing me. Such expenses may include federal court filing fees, medical reports, and photocopying. I will get an itemized bill for these expenses. I understand that I will have to pay these expenses whether we win or lose my case; however, the fee that I must pay is based on winning my case. I will not be charged a fee if we lose.

My attorney has explained to me that it is the law that the attorney fee must be approved by the federal court for representation in federal court and by the Social Security Administration for representation before the Social Security Administration. I understand that the total fee could amount to several thousand dollars or several hundred dollars per hour on an hourly basis; I understand that my attorney is accepting my case because of the possibility of obtaining substantial fees. I agree to cooperate in any way that I can so that my attorney's full fee is authorized. I understand that this fee agreement allows my attorney to apply for a full 25% of my back award for attorney fees pursuant to 42 U.S.C. §406(b) [for representing me in federal district court], and that this amount is in addition to any fees he receives pursuant to 42 U.S.C. §406(a) [fee for representing me before the Social Security Administration].

I understand that *usually* all of the attorney fee will be paid from my past-due benefits. However, sometimes a court will order the government to pay a portion of the attorney fees pursuant to the Equal Access to Justice Act (EAJA). If this happens, *I hereby assign any court awarded EAJA attorney fees to my attorney.* Nevertheless, the court awarded EAJA attorney fee may reduce the amount that I will be obligated to pay from my past-due benefits and it could mean that no attorney fee will come out of my back benefits; that the entire fee will be paid by the government under the EAJA. On the other hand, it could work out that my attorney will receive the 25% fee and, in addition, my attorney will receive part or the entire court-awarded EAJA fee. But in no case will the fee that comes out of the back benefits paid on my behalf be greater than 25% (excluding the fee paid for work on my case before the Social Security Administration).

I understand that in an SSI and/or SOCIAL SECURITY DISABILITY case, the Social Security Administration will withhold 25% of the past-due benefits and send the approved fee to my attorney.

This agreement terminates at the option of my attorney if we lose in the federal district court.

This agreement is in addition to any previous or subsequent fee agreement I have signed with my attorney for representation before the Social Security Administration.

ACCEPTED BY:

_____
Claimant's Name

_____   Date 8/20/09
Signature

_____   Date 8/20/09
BILL LATOUR, ATTORNEY